**FLORIDA COMMISSION ON HUMAN RELATIONS**

**4075 Esplanade Way, Room 110, Tallahassee, Florida 32399**

**EMPLOYMENT COMPLAINT OF DISCRIMINATION**

| Date Stamp (FCHR Use Only) |
| --- |
| **EXHIBIT "A"** |

| A. PERSONAL INFORMATION | | FCHR No.       202465604 | |
| --- | --- | --- | --- |
| **Name**<br>Sherri  Bannsiter | | **E-Mail Address**<br>sherri.bannister80<br>@outlook.com | **Date of Birth**<br>▇▇▇▇ 1980 |
| **Mailing Address**<br>2901 NW 26th Ter | | **Home Telephone Number (area code)**<br>+1 (407) 283-4233 | |
| **City, State, and Zip Code**<br>Cape Coral, FL 33993 | | **Work (if possible to call you there)** | |

| B. BUSINESS INFORMATION (employer, labor organization, employment or government agency, etc.) | | | |
| --- | --- | --- | --- |
| **Name**<br>Cole Scott Kissane | **Number of Employees**<br>15 + | | **Telephone Number**<br>+1 (239) 799-7035 |
| **Street Address (Branch/Office in Florida)**<br>5220 Summerlin Blvd | **City, State and Zip Code**<br>Fort Myers, FL 33993 | | **County**<br>Lee |

| C.CAUSE OF DISCRIMINATION BASED ON – Check appropriate box(es)<br>[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [X] DISABILITY/HANDICAP<br>[ ] NATIONAL ORIGIN   [X] AGE   [ ] MARITAL STATUS   [X] RETALIATION | DATE MOST RECENT DISCRIMINATION TOOK PLACE<br>(month, day, year)       February 29, 2024 |
| --- | --- |

**D. DISCRIMINATION STATEMENT:**

I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act, and/or the Age Discrimination in Employment Act, and/or the Americans with Disabilities Act as applicable for the following reason(s):

The Complainant, a black 43-year-old female, alleges discrimination based on Race, Disability, and Age. The information in this charge summary was obtained from the Complainant's written narrative in her Technical Assistance Questionnaire (TAQ) filed with the FCHR on March 2, 2024. The Complainant describes discrimination in which she was subjected to a hostile work environment, including threatened physical violence, ridicule, and harassment. In her TAQ complaint narrative, the Complainant explains her allegations as follows:

"I was threatened with physical violence by a white female who is known for harassing other employees. I've been made fun of about my disability and age."

**Amended Charge Summary – April 8, 2024**: In a supplemental email correspondence from the Complainant dated April 8, 2024, the Complainant amended this charge of discrimination to include discrimination based on Retaliation. In her supplemental narrative, the Complainant writes:

"Here is my retaliation complaint and add charge of hostile work environment:

"On or about 2.12.2024 – I was called in the office for complaints from Karri Ford a white employee regarding me answering my phone to doctors for my sick daughter. Karri Ford had also answered her phone that morning regarding her sick son.

When I came out of the office and returned to the POD area, a group of employees were standing around laughing. I said to the Karri you are funny. My comment was because Karri had only complained because Merida McDonald seat was moved to the disruption they caused at work.  Ford immediately started cursing and told me Dawn better get me before she beats my ass.

On or about 2.13.2024 – I called into work to process what had happened on or about 2.12.2024 because me and Karri Ford sat next to each other.

2.14.2024 – I returned to work, Dawn called me in the office and told me that I needed to make up my missed time.

On or about 2.15.2024 – I requested off per Dawn Sedillo requests for a personal issue, initially Dawn gave me the day off but later texted me that she could not have me out for the entire day for my appointment on 2.16.2024.

Dawn called me into the office to tell me that Shawn and Julie partners in the firm said that if Karri Ford was fired, they would go after her job. Dawn also told me that she was going to go after Karri Ford, Merida McDonald, and Natalie Binati for coming into the office smelling like weed.

Dawn asked me to confirm that I had smelled weed on the ladies. At first, I declined to answer, and Dawn told me that it was okay because she already knew. Dawn stated that she had learned which battles to pick and turned a blind eye to the behavior.

On or about 2.16.2024 – Dawn held a meeting about 3:30pm, which I did not attend as I was out of the office.  I was called to come to work once returning from my appointment. Dawn knew of all of my appointments before the position was accepted and told me that she would work with my prior commitments.

When I got into the office a group of employees including Karri Ford, Merida McDonald, and Natalie Binati were standing in circle in front of the POD area in front of my desk talking about how I got them all in trouble for smoking weed, filing a complaint, and snitching on them. According to the staff, Dawn made them sign drug forms.

On or about 2.19.2024 – Upon returning to work the rumor spread that I caused the changes to be put in effect. David another supervising attorney for Karri Ford made the comment if Karri Ford gets fired, he will be taking his billable hours elsewhere.

On or about 2.21.2024 – Dawn Sedillo called me into the office again to question me about previous incidents with weed smoking and asked to report if the staff came in smelling like weed. I requested to be moved to the fifth floor. I informed Dawn that wasn't my place to tell on the staff and to leave me out of the cultural that was created long before I started working at CSK.

On or about 2.23.2024 – I received an email from Dawn questioning why I left 24 minutes early on 2.21.2024. I called Dawn and asked did she really wanted me to respond to her email, she said yes. At that time, I informed Dawn of all the harassment and hostility received from the other employees since the meetings she held to address the allege complaints Dawn claimed to receive from the attorneys about the noise in the POD area.

On or about 2.24.2024 – I sent Dawn a text message saying that the hostile environment was too much and to give me two weeks to find another job because the hostility was causing me too much stress and that I didn't want to work in the cultural created at the job. I told Dawn that it seems like every time you call me in your office, I experience more hostility from the other employees.

On or about 2.28.2024 – Karri Ford was told by Shawn Gillespie that she was being moved to the room because of the tension between us. Dawn had been pressuring me to write a formal complaint for the Miami office.

On or about 2.29.2024 – Dawn called me in the office, I requested to be moved to the fifth floor because of the day before interaction with Karri Ford about if she is moved what will be done to me. Dawn told me no, that moving upstairs was not an option because Julie Ireland said that she didn't want me upstairs even though it was a space left.

Dawn called me on my cell phone and told me that Miami was aware of the situation and wanted me to take a stance against the other employees.

On or about 3.1.2024 – I sent an email informing Dawn that I would not return the hostile work environment as I feared for my safety after being called in the office repeatedly about the threat on 2.12.2024. Dawn had held

several meetings stating that Miami had been given the okay to fire all of us if we couldn't get along. Dawn sent me a text message threatening to send law enforcement to my home for a well check. Yet Dawn didn't take the same steps when the initial threat was told directly to Dawn.

On 3.4.2024 – Upon my return from being out, I informed Dawn a complaint was filed as she appeared to have no control over the staff and her threats that Miamai said to fire us all were not working. I asked Dawn again to just move me upstairs to the fifth floor as she had done for Brittany (white female) and Denise (white female) who experienced similar issues from the same group of women. Dawn again told me that Julie Ireland was against me moving upstairs. When I asked why Dawn stated that she doesn't know that Julie is miserable from the 10th thru the 18th every month and if I repeat it she will deny that she ever said it. Confused I asked what she meant and Dawn reply was that when Julie is on her period she is an all-out raging bitch.

On or about 3.5.2024 – While sitting at my desk working, Natalie Binati, bumped the back of my chair and reached over my head. When I asked what she was doing, she stated that Dawn told her to grab the envelopes that she left up there. I asked Natalie in an email the next time can you please just give common courtesy. Natalie responded that she did but that I didn't hear. Later on, when speaking to Dawn, I told her about the incident in front of Millie another employee. To have a witness that the interaction was resolved between the two of us instead of Dawn intervening. Later on the afternoon, Dawn came over to POD area and opened up the cabinet above Natalies head and said I never told her to look above your head as the envelopes were placed in Natalie cabinet.

On or about 3.8.2024 – I rescinded my complaint with the understanding that I would be moved upstairs to avoid any future conflict with the ladies.

On or about 3.14.2024 – I signed the complaint after Dawn called me in the office again and told me that she was not moving me upstairs because Julie didn't want me up there because I had created the issue by threatening Karri Ford with a knife.

On nor about 3.25.2024 – Karla Alonso, went to the fifth floor to spread the same rumor.

On or about 3.26.2024 – Dawn called me into the office to write a formal complaint because of the rumors Karla spread, I told Dawn that the complaint was already filed with Human Relations. I told Dawn that I no longer trusted her because each time I spoke with her it would result in backlash. I told Dawn that I just didn't want any face-to-face contact with Karri Ford to avoid me being accused of making any types of threats or feeling unsafe. If we needed to work together that email and IM would be appropriate.

On or about 3.28.2024 – I went to Brian Williams without Dawn and told him based on the newest rumor, that I felt it would be best for me and Karri Ford not to have any contact especially if Dawn was the witness because it appeared that Dawn had been a part of the rumors. I informed Brian Williams of my complaint and the reason for going forward.

On or about 3.29.2024 – Dawn called me in her office again to get on me for going to Brian Willams without speaking with her first. Dawn disclosed that she didn't move me because Julie and Shawn were racist and didn't like black people. Dawn also stated that Shawn protected Karri because they had an intimate relationship. During this meeting Dawn told me that Brian was having moved upstairs because she would be leaving to go out of town. Brian had forwarded my complaint to Julie Ireland, managing partner. Which Dawn told me she had already informed Julie of the threat.

Dawn told me that she never contacted Miami because she felt it was a cat fight that would go away.

On or about 4.1.2024 – Upon my moving upstairs the employees on the fifth-floor expressed concerns of me being moved and told me that Dawn spread the rumors that I was the reason for Natalie Binati being fired. Further setting the tone for a hostile work environment and making it look like I was the problem and not the problem itself.

On or about 4.2.2024 – While Dawn was absent Karri Ford and Merida McDonald went to another employee who was aware of the hostile work environment. At that point, they told the employee that Dawn had been

pressuring Karri to harass and intimate me in effort to get me to quit. Dawn was using the initial threat of Karri threatening to beat my ass but had changed the complaint Karri told Dawn she was going to kill me.

Karri never threated to kill me! If that is what Karri told Dawn why did she force me to sit next to her for weeks on end. This toxic behavior is what lead to all the hostility from my coworkers.

Dawn the office manager would spread rumors to keep the employees separate so that we weren't aware that all Dawn wanted was for me to quit since I had declined to participate in the work cultural. Dawn used the employees against each other to create an hostile work environment and to force me to quit.

Dawn fired Natalie Binati for harassing me but she was the one who advised Natalie to reach over my head in a previous incident. During that incident, Natalie bumped my chair in an effort to gain access to envelopes that Dawn had supposedly placed in my cabinet space. Later on that day, Dawn came over to the POD area and said Natalie was told the envelopes were above the station were she sat in the cabinet.

On or about 4.3.2024- Another employee and attorney told me to no longer have any contact with Dawn without a third party.

Karri Ford filed a complaint against Dawn for spreading rumors that she was sleeping with her attorney and for hostile work environment created to get me to quit my job.

On or about 4.4.2024 – Dawn returned to the office and immediately requested that I come to her office. I declined without a third party. Dawn called me on the office phone, texted my personal phone, contacted another employee to get me to come to her office. When all the above methods failed, Dawn sent an email under false pretenses, in regard to a missed time punch. Which was resolved by another employee who cc'd Dawn on the email.

I responded to Dawn's email that I didn't feel safe speaking with her without a third party and that I never told her that Karri threatened to kill me. This prompted Dawn to reach out to Johnson Thomas from the Miami office. I received call from Johnson Thomas, asking me what was going on in the office. I informed Johnson Thomas of my complaint with the EEOC and told Johnson that the environment had been toxic and hostile since I started employment.

Later in the day, a formal complaint was sent to Miami office from Christina Rivieccio (Hispanic female) of similar complaints and experiences that I had that included Dawn creating a hostile work environment by spreading rumors and playing the staff against one another. I have a copy of the email sent to Johnson Thomas from the employee.

4.5.2024 – Dawn was moved to the Bonita office by Johnson Thomas after his brief investigation. No one ever came back to apologize for the behavior and my PTO was taken for the time I missed due to the above hostile work environment. The attorneys later thanked me for standing up to Dawn's behavior. Which was reported before to Julie Ireland but ignored by numerous staff members.

I believe that I will be targeted based on the previous cultural and the fact that I am he only African American female to ever stand up against this type of behavior.  The stress I endured has resulted in me needing counseling to cope with it all and how it affected my ability to work for months on end.

**I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAW(S).**

**E. VERIFICATION. Under penalties of perjury, I declare that I have read the foregoing complaint of discrimination and that the facts stated in it are true. I will advise the agency if I change my address or telephone number and I will cooperate fully with them  in the processing of my complaint in accordance with their procedures.**

| SIGNATURE OF COMPLAINANT | DATE |
|---|---|
| *Sherri Bannister* | 4.9.2024 |