AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Sherri Bannister                    District of            Middle District of Florida

Plaintiff (s).

V.

Cole Scott & Kissane, P.A.

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    2:25-cv-00562-JES-NPM

Notice is hereby given that, subject to approval by the court,    Sherri Bannister    substitutes
                                                                  (Party (s) Name)

Rebecca A. Gallagher                              , State Bar No.    784591       as counsel of record in
           (Name of New Attorney)

place of    Shane McDonald, Esq. and Malcolm A. Purow, Esq.                                    .
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Light Path Law

Address:        2069 First Street, Suite 100, Fort Myers, FL 33901

Telephone:      (239) 689-8481                    Facsimile

E-Mail (Optional):    rgallagher@lightpathlaw.com

I consent to the above substitution.

Date:        03 / 03 / 2026

Sherri Bannister

(Signature of Party (s))

I consent to being substituted.

Date:        2/27/2026

/s Shane McDonald

(Signature of Former Attorney (s))

I consent to being substituted.  February 27, 2026

I consent to the above substitution.

/s/ Malcolm A. Purow

Date:        2/27/2026

/s/ Rebecca A. Gallagher

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                                    

                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print        Save As...        Export as FDF        Doc ID: cfdd816b823ce9e8450b139fbffb20612295eda5        Retrieve PDF File        Reset

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| Title | Bannister Middle District Substitution Of Counsel Form.pdf |
| File name | Bannister_Middle_..._Counsel_Form.pdf |
| Document ID | cfdd816b823ce9e8450b139fbffb20612295eda5 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested on lightpathlaw.cliogrow.com and signed on lightpathlaw.cliogrow.com**

## Document History

| | | |
|---|---|---|
| ⟲ SENT | 03 / 02 / 2026 12:39:36 UTC | Sent for signature to Sherri Bannister (bannisters@donaldisaaclaw.com) by services@clio.com acting on behalf of ssilva@lightpathlaw.com IP: 138.84.57.119 |
| ◎ VIEWED | 03 / 03 / 2026 14:06:08 UTC | Viewed by Sherri Bannister (bannisters@donaldisaaclaw.com) IP: 74.5.238.197 |
| ⤶ SIGNED | 03 / 03 / 2026 14:06:28 UTC | Signed by Sherri Bannister (bannisters@donaldisaaclaw.com) IP: 74.5.238.197 |
| ⊘ COMPLETED | 03 / 03 / 2026 14:06:28 UTC | The document has been completed. |

Powered by **Dropbox** Sign